# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ASTELLAS PHARMA INC.; ASTELLAS US LLC; ASTELLAS PHARMA US, INC.; BASILEA PHARMACEUTICA INTERNATIONAL LTD, ALLSCHWIL, <br><br> Plaintiffs, <br><br> v. <br><br> CIPLA LIMITED; CIPLA USA, INC.; ASPIRO PHARMA LIMITED; HETERO LABS LIMITED; HETERO USA, INC. <br><br> Defendants. | C.A. No. 24-1287-GBW |

## STIPULATION AND [PROPOSED] DISMISSAL ORDER

The Court, at the request of Plaintiffs Astellas Pharma Inc., Astellas US LLC, Astellas Pharma US, Inc., and Basilea Pharmaceutica International Ltd, Allschwil (collectively "Plaintiffs"), and Defendants Aspiro Pharma Limited, Hetero Labs Limited, and Hetero USA, Inc. (collectively, "Aspiro") hereby issues the following Dismissal Order:

1. Each of Plaintiffs' claims against Aspiro with respect to the patent-in suit is hereby dismissed, with prejudice.

2. Each of Aspiro's counterclaims with respect to the patent-in-suit is hereby dismissed, with prejudice.

3. Plaintiffs and Aspiro shall each bear their own costs.

4. The Court retains jurisdiction to enforce this Order and the terms of the parties' settlement agreement.

Dated: October 15, 2025

| | |
|---|---|
| **MCCARTER & ENGLISH, LLP** | **GREENBERG TRAURIG, LLP** |
| */s/ Alexandra M. Joyce* | */s/ Renée Mosley Delcollo* |
| Daniel M. Silver (#4758) | Benjamin J. Schladweiler (#4601) |
| Alexandra M. Joyce (#6423) | Renée Mosley Delcollo (#6442) |
| Renaissance Centre | 222 Delaware Ave., Suite 1600 |
| 405 N. King Street, 8th Floor | Wilmington, DE 19801 |
| Wilmington, DE 19801 | (302) 661-7000 |
| T: (302) 984-6300 | schladweilerb@gtlaw.com |
| dsilver@mccarter.com | renee.delcollo@gtlaw.com |
| ajoyce@mccarter.com | |
| | *Attorneys for Defendants* |
| *Attorneys for Plaintiffs Astellas Pharma Inc.,* | *Aspiro Pharma Ltd., Hetero Labs Ltd., and* |
| *Astellas US LLC, Astellas Pharma US, Inc.,* | *Hetero USA, Inc.* |
| *and Basilea Pharmaceutica International Ltd,* | |
| *Allschwil* | |

**SO ORDERED,** this _____ day of _____, 2025.

_____
The Honorable Gregory B. Williams